# EXHIBIT 10

| | |
|---|---|
| **From:** | Joe Lewis |
| **To:** | Ken Senser |
| **Cc:** | Joe Lewis |
| **Subject:** | FW: DAR-MEXICO-4 |
| **Date:** | Monday, November 14, 2005 9:38:11 AM |

Ken,
FYI. It is not looking good.


Joseph R. Lewis
Director of Corporate Investigations
Wal-Mart Stores, Inc.
1300 Southeast 8th Street
Bentonville, AR. 72716
(w) 479-204-3077
(c) 479-721-6631


The information contained in this e-mail and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message, including any attachments. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited.


-----Original Message-----
**From:** Ronald Halter
**Sent:** Monday, November 14, 2005 9:02 AM
**To:** Joe Lewis
**Subject:** DAR-MEXICO-4

Joe
   On Saturday, 11/12/05, we worked at the "off-site" office for all of the auditors. Julio Viera, Director of Audits in PR, gained access to the data base that recorded all payments for the "manual check requests." The data base was referred to as the file for "urgent check requests." Julio's examination of the records reflects that checks are written on a verbal request. The invoice and the purchase order are subsequently attached to a memo that justifies and supports the verbal check request. In some cases, the request is supported by an invoice at the time of the request; however, the purchase order is allows written after the fact. None of these checks are in Vendor Master. In our conference call, I identified two individuals who received about $3 to 4 million (MX). According to this new data base, in 2003 and 2004, these same individuals received over $40 million (MX) each. This translates to about $4 million dollars (US) per person. Although other individuals received $, no one came close to these two in the amount they received. Consequently, this will allow me to really focus

my work and maybe get to the bottom of this case by the end of the end of the week. One very interesting post script. All payments to these individuals and all large sums of $ paid out of this account stopped abruptly in 2005. The only thing we can find that happen about this time was a change in eldership i.e. Eduardo C Wright was replaced by Eduardo Solórzano.