# EXHIBIT 12

| From: | Bob Ainley - AUDIT |
|---|---|
| To: | Michael Fung; Joe Lewis; Maritza Munich-Legal; Ken Senser |
| Cc: | Ronald Halter; Julio Veira; Scott Draper |
| Subject: | Meeting with Former Wal-Mart Associate |
| Date: | Friday, November 18, 2005 9:39:40 AM |
| Sensitivity: | Confidential |

All,

I met with the former associate last night, November 17th, 2005, at the China Grill which is a restaurant on the Hotel where we are saying. He told me that he would talk about what he saw while he was working for Wal-Mex, but he did not want anyone there to know. He shared the information below:

- He talked briefly about the Gestores that we are currently working on, he did not tell me anything we did not already know. He also stated that he believed that the names were changed on who received these payments.
- He then talked about payments to the Government that he thought should have been reported to the parent company. He stated that the FCPA report sent out in December did not match the draft. The report went to EC and JLR. He told me that JLR rewrote the report to take significant information out. He stated they had found and written in the draft where they saw monies flowing to government agencies in several small amounts ranging from MX$10 to MX$30 thousand pesos. This was organized by JR in Real Estate Legal. They got them to talk about it behind closed doors. He stated that the striking thing was that they would receive thank you letters/receipts from all over the country and almost all used the same wording. This morning we dug into this and found some of the payments and thank you letters in the audit working papers (may not have identified if we did not know what to look for) from the FCPA review. I have asked the auditors that worked on the project to come to pour office to discuss their work. The monies were disbursed through the government by what is called Vales (similar to gift cards). Some of these payments may have went through cash. These were only given out until the construction was complete. At which time the payments ceased.
- He also, stated that there was a Tax Exposure that was not reported that could be significant, but they were not allowed to send out the report.

This morning, I received a verbal message from him that he was looking for copies of the documents at his home, and he would send to my personal e-mail. I asked if he had any electronic workpapers but he stated that they deleted his file when he was asked to leave.

I have asked some of the auditors that have worked on the projects to come by to talk. He asked me very strongly to be careful how I ask the questions.

We will work today in an attempt to verify.

Regards,

Bob Ainley

Director of International Internal Audit Services
Phone: (479) 277-9538; FAX: (479) 273-4566; E-mail: Rainley@Wal-Mart.com
1301 SE 10th Street, Mail Stop 0660
Bentonville, Arkansas 72716-0660