# EXHIBIT 13

| | |
|---|---|
| **From:** | Tom Mars - Legal |
| **To:** | Ken Senser; Joe Lewis |
| **Cc:** | Lee Stucky |
| **Subject:** | FW: WALMEX: Examination of Real Estate Transactions |
| **Date:** | Wednesday, January 18, 2006 4:18:10 PM |
| **Attachments:** | WALMEX TIMELINE EXAMINATION OF REAL ESTATE TRANSACTIONS.DOC |

-----Original Message-----
From:   Maritza Munich-Legal
Sent:   Wed Jan 18 16:04:31 2006
To:     Bob Ainley - AUDIT; Michael Fung; Ronald Halter; Tom Mars - Legal; Martin J. Weinstein (mweinstein@willkie.com)
Subject:        WALMEX: Examination of Real Estate Transactions

Further to the message below, and my communications of 1-16-06 and 1-17-06 to Bob, Michael and Ron (forwarding email communications with Sergio Cicero prior to 7 October 2005 and emails from April 2005 related to the IAS report of WALMEX donations), following are additional comments to Ron Halter's draft report of December 15, 2005:

Page 1:

*       Title
        - I am unclear why the "title" of this report references only two of the WALMEX managers subject to questioning about this matter. Rather than singling out individuals, perhaps it would be preferable to choose a different title for this report.
*       First paragraph
        - If the report is to include legal citations, then accurate citations should be provided to both the Mexico as well as US laws potentially violated by the activities that are the subject of this draft report.
*       Second paragraph
        - Regarding the first sentence to this paragraph, please note that Wal-Mart's International Anti-Corruption Policy & Procedures were approved by the Audit Committee of Wal-Mart's Board of Directors at its meeting on June 2, 2004. Prior to that date, all documents were drafts being circulated for review and comments. It bears noting, though, that adoption of this corporate policy should have no bearing on this investigation -- the bribery of government officials is a criminal offense in Mexico.
*       Fourth paragraph
        - As noted in the email below, the first communication from Sergio Cicero dates back to September 21, 2005.
        - It would be wise to mention that the work undertaken by the internal investigators was at the behest of Wal-Mart's counsel.

Page 2:
*       Fifth paragraph
        - The chronology should be corrected, as noted above, to reflect the earliest communications from Sergio Cicero. Further, it is perhaps worth noting that prior to the work on the field by the IAS team, at the request of Wal-Mart counsel, there were two face-to-face interviews of Sergio Cicero by Mexico external counsel and a follow-up face-to-face interview on 10-28-05 in which I participated.

Page 3:
*       First paragraph
        - It is not exactly accurate to state that the law firms listed on the WALMEX external counsel list "are the only law firms authorized to represent Wal-Mex." In a country as large as Mexico, it is reasonable to assume that the in-house legal department will need to use small firms, perhaps even solo practitioners, to handle relatively small matters (e.g., traffic citations, minor criminal or administrative proceedings), especially in locations far from the WALMEX home office in Mexico City where the main law firms are located. Whether or not this is indeed the case is a matter easily verifiable with the WALMEX legal team.

Page 5:
*       Fourth paragraph
        - It should be noted that Jorge Resendiz and Gerardo Cicero are both in-house attorneys at WALMEX. Further, and for whatever relevance it may (or may not) have, it bears noting that Sergio Cicero and Gerardo Cicero are brothers. It is well known that they have been estranged for many years.

Page 8:
*       Third paragraph
        - The chronology should be corrected to reflect 9/21/05 as the beginning of communications from Sergio Cicero.

Page 13:
*       Fourth paragraph
        - The wisdom of assigning any investigative role to management of the business unit being investigated escapes me. Given the serious nature of the allegations, and the need to preserve the integrity of the investigation, it would seem more prudent to develop a follow-up plan of action, independent of WALMEX management participation, and that includes external legal advise and professional, independent investigative resources.
*       Last paragraph
        - It is important to keep in mind that in his email to me of December 5, 2005, Sergio Cicero offers to provide information about "other cases that were managed at that time under the same formula." Accordingly, and as originally envisioned, the needed follow-up investigation should extend beyond the specific transactions contained in this draft report to other potentially suspect transactions not yet identified.

~Maritza
======================
MARITZA I. MUNICH
VP & General Counsel - International
WAL* MART STORES, INC.
(479) 277-2346


-----Original Message-----
From:   Maritza Munich-Legal
Sent:   Wednesday, January 11, 2006 5:47 PM
To:     Michael Fung; Ronald Halter; Bob Ainley - AUDIT
Subject:        WALMEX Real Estate Transactions: Draft Timeline

All,

In connection with Ron's report of December 15, 2005, please note that, as reflected in the draft Timeline attached in message below, the first contact from Sergio Cicero was via an email to me dated 9/21/05. Ron's report incorrectly indicates communications from SC began on October 7, 2005. I have his emails in case you need them.


~Maritza

-----Original Message-----
From:   Maritza Munich-Legal
Sent:   Wednesday, October 26, 2005 7:48 PM
To:     Thomas Mars; Martin J. Weinstein (mweinstein@willkie.com); Daryl Kreml (dkreml@willkie.com)
Subject:        WALMEX Real Estate Transactions: Draft Timeline

77

<<WALMEX TIMELINE EXAMINATION OF REAL ESTATE TRANSACTIONS.DOC>>

~Maritza
======================
MARITZA I. MUNICH
VP & General Counsel - International
WAL* MART STORES, INC.
(479) 277-2346