# EXHIBIT 15

| | |
|---|---|
| **From:** | Tom Mars - Legal |
| **To:** | Ken Senser |
| **Subject:** | FW: Mexico Project |
| **Date:** | Wednesday, February 08, 2006 11:22:21 AM |

**Ken: I need to deliver the Halter investigation file to Jose Luis. What do you suggest we do to make sure it's delivered in a secure manner?**

**- Tom**

**Thomas A. Mars**
**Sr. VP and General Counsel**
**Wal-Mart Stores, Inc.**
**(479) 277-3163**

**This e-mail is privileged and confidential. If you have received this e-mail in error, please destroy it immediately.**

-----Original Message-----
**From:** Jose Luis Rodriguezmacedo Rivera
**Sent:** Wednesday, February 08, 2006 7:46 AM
**To:** Tom Mars - Legal
**Cc:** Lee Stucky
**Subject:** RE: Mexico Project

Thank you Tom. I received your mail and the document that was enclosed.

José Luis.

La información contenida en este mensaje es confidencial y restringida y está destinada únicamente para el uso de la persona arriba indicada, se le notifica que está estrictamente prohibida cualquier difusión, distribución o copia de este mensaje. Si ha recibido esta comunicación o copia de este mensaje por error, o si hay problemas en la transmisión, favor de comunicarse con el remitente o llamar al (52 55) 5283-0148. Gracias.

The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (52 55) 5283-0148. Thank you.

-----Mensaje original-----
**De:** Tom Mars - Legal
**Enviado el:** Martes, 07 de Febrero de 2006 04:47 p.m.
**Para:** Jose Luis Rodriguezmacedo Rivera
**CC:** Lee Stucky
**Asunto:** FW: Mexico Project

-----Original Message-----
**From:** Bob Ainley - AUDIT
**Sent:** Thursday, January 26, 2006 7:33 PM
**To:** Tom Mars - Legal
**Subject:** Mexico Project

Tom,

I am attaching the draft report you requested.

<Archivo: FCPA Draft report 12-20-05.doc >>

Regards,

Bob Ainley

Director of International Internal Audit Services
Phone: (479) 277-9538; FAX: (479) 273-4566; E-mail: Rainley@Wal-Mart.com
1301 SE 10th Street, Mail Stop 0660
Bentonville, Arkansas 72716-0660

84