# EXHIBIT 16

| | |
|---|---|
| **From:** | Alberto Mora - LEGAL |
| **To:** | Ken Senser; Joe Lewis |
| **Subject:** | FW: Gestores/Report (Draft)/English version |
| **Date:** | Wednesday, March 22, 2006 7:03:42 PM |
| **Attachments:** | Gestores English.doc |

Ken and Joe...

Here's Wal-Mex's draft report on the Gestores investigation.

Alberto

-----Original Message-----
**From:** Jose Luis Rodriguezmacedo Rivera
**Sent:** Friday, March 17, 2006 7:05 PM
**To:** Alberto Mora - LEGAL
**Cc:** Lee Stucky
**Subject:** Gestores/Report (Draft)/English version

Alberto,

Enclosed please find a draft for your review. Eduardo Solorzano already reviewed the Spanish version.

Regards,

Jose Luis.

La información contenida en este mensaje es confidencial y restringida y está destinada únicamente para el uso de la persona arriba indicada, se le notifica que está estrictamente prohibida cualquier difusión, distribución o copia de este mensaje. Si ha recibido esta comunicación o copia de este mensaje por error, o si hay problemas en la transmisión, favor de comunicarse con el remitente o llamar al (52 55) 5283-0148. Gracias.

The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (52 55) 5283-0148. Thank you.

**DRAFT**

**Wal-Mart Mexico
Regulatory Compliance
Report of Investigation
Privileged and Confidential Information**

**Report of:**   Jose Luis Rodriguezmacedo

**Ref:**   Xavier del Rio, Sergio Cicero

## OBJECTIVE:

Supplement and conclude the reviews conducted by Wal-Mart Stores on allegations presented by Sergio Cicero, with the purpose of determining if any of the following existed:

A) Evidence indicating the payment of bribes in order to wrongfully obtain permits or licenses.

B) Control flaws regarding the use of outside paralegals (hereinafter referred as gestores).

C) Dishonest actions by Wal-Mex executives.

D) Payments made to gestores for services never performed.

## INFORMATION:

A) Information from the following sources was obtained and analyzed.

  a) Preliminary reports from Bentonville (as of December 15, 2006).
  b) Wal-Mex internal audit reports.
  c) Reports on the interviews of Sergio Cicero conducted by Maritza Munich and Juan Francisco Torres Landa (outside counsel).
  d) Review of receipts and authorizations regarding payments made to gestores.
  e) Investigation on legal procedures followed in obtaining permits during and after the use of gestores.
  f) Statistics on the number of permits obtained before and after management by Sergio Cicero.
  g) Review of permits, licenses and authorizations mentioned by Sergio Cicero.
  h) Kroll report on Sergio Cicero's conflict of interest.
  i) Existing controls before and after the use of gestores.

**Confidential Information**

1

B) Meetings were held with the following people:

- Xavier del Rio, Senior VP for Real Estate (follow-up interview).

- Eduardo Juarez, VP for Internal Audit (follow-up interview).

- Internal counsels involved in obtaining licenses and permits.

- Gerardo Cicero, Legal Director currently in charge of obtaining licenses and permits.

- Juan Francisco Torres Landa, outside counsel who interviewed Sergio Cicero.

- Jesus Zamora, prestigious independent counsel who specializes in, and is an author of numerous books on, fraud.

## FINDINGS:

- The information obtained and analyzed produced no documents or evidence to substantiate the existence of unlawful payments made to government authorities.

- None of the company officers interviewed mentioned having ordered or given bribes to government authorities so as to obtain licenses or permits.

- The internal counsels involved in obtaining the permits mentioned by Sergio Cicero, recall having obtained the same directly through normal procedures and without any special involvement by Sergio Cicero.

- Gerardo Cicero feels the use of gestores during the management of Sergio Cicero was completely unnecessary.

- Sergio Cicero had 15 associates whose duties were to obtain licenses and permits. The constant use of gestores did not result in reduction in headcount, workload, or time needed to obtain licenses and permits.

- Information is available on Jesus Huitron (one of the gestores mentioned by Sergio Cicero and whose whereabouts he claims not to know) as being a friend of Sergio's from school days and who died over four years ago.

**Confidential Information**

2

- After dismissal of Sergio Cicero and suspending the use of gestores, 60% more permits have been successfully obtained in less time, as compared to procedures followed by Sergio.

- The Kroll Report has confirmed a close (business) relationship maintained by Sergio Cicero with at least one gestor. His wife was part of the firm of gestores.

- The Kroll report also concludes that Sergio Cicero had a considerable increase in his standard of living during the time in which payments were made to the gestores.

- No correspondence was found in which Sergio Cicero terminated services offered by the gestores.

- None of the gestores used by Sergio Cicero have sent communications of any type, offering again their services after Sergio's dismissal from Wal-Mart.

- The internal counsels who used to be supervised by Sergio Cicero have not been informed by government officials of the existence of gestores for Wal-Mex, nor have they asked why alleged payments are no longer made.

- The relationship with government authorities remains normal. There have been no adverse consequences due to the suspension of alleged payments.

- Sergio Cicero made Wal-Mex believe that it would run the risk of having permits denied if the gestores were not used. This supposed risk was never perceived by anyone on his team and did not materialized after the suspended used of gestores.

- Sergio Cicero has not renewed contact with Juan Francisco Torres Landa. The last contact was made late last year when Sergio Cicero stated that our reviews would prove fruitless and he then offered to supply information in exchange for a contract as an outside consultant.

- Jesus Zamora feels the conduct displayed by Sergio Cicero is typical of someone engaging in fraud. It is not uncommon in Mexico for lawyers to recommend the use of gestores to facilitate permit obtainment, when in reality it is nothing more than a means of engaging in fraud (wrongful way to obtain money for benefit of said lawyers).

- Regardless of whether or not these gestores made illicit payments, Jesus Zamora recommended further investigation into whether or not any company executives were willing to authorize said payments.

**Confidential Information**

3

- Dr. Jesus Zamora recommended no further contact be made with Sergio Cicero as Wal-Mart has nothing to offer him and because of displays of bad faith by him.

- Xavier del Rio denied that any instructions were given to Sergio Cicero or to any of the gestores to pay bribes.

- Xavier del Rio assures that gestores were never used to wrongfully obtain permits. He says he is unaware of any such cases but by the same token, since he does not know any of said gestores well, he can not assure they never made facilitating payments to expedite the issuing of permits (but there is no evidence suggesting this either).

- Xavier del Rio and Eduardo Juarez both recall the existence of a report on gestores prior to the arrival of Eduardo Castro Wright. Xavier said that such report was a control managed by Sergio Cicero for payment of gestores but in and of itself this fact did not imply or provide proof of any bribery

- The codes used on the payment receipts and forms appear to be a control system used by Sergio Cicero to identify payments made to gestores, the specific project said payments entailed, and to highlight project priorities, but said controls appear as not an indication of wrongful payments.

- Selection of gestores was conducted personally by Sergio, without there being any files with correspondence, contracts, resumes or character references for any of the gestores.

- The use of these gestores was managed as a special class of agents independently from the authorized lawyers list. Payment receipts/invoices provide no clear description of the services rendered.

- Payment management and control was conducted by personnel from a department not independent of the Vice-presidency for Real Estate.

- At present, Legal does not use any third-parties to obtain permits.

- Since almost a year ago, donations made to municipalities and communities are no longer done with coupons.

- Donations are currently delivered with non-negotiable checks payable only to the entity therein named, against a receipt that confirms the use or purpose of the donation, together with a confirmation letter from Wal-Mex copying different officials.

**Confidential Information**

4

- Each donation receipt includes signatures from the associates who confirm knowledge of the Anti-Corruption policies, and they state that each donation is in full compliance with the same.

- Real Estate is aware of instructions from Legal regarding the ban on the use of gestores in obtaining permits, but contractor agreements do not forbid such transaction.

## CONCLUSIONS:

- There is no evidence or clear indication of bribes paid to Mexican government authorities with the purpose of wrongfully securing any licenses or permits.

- There are several indications suggesting that no wrongful payments were made (at least of no consequence) to authorities, but rather that Sergio Cicero did make payments to gestores unnecessarily, or for services never rendered.

- There are indications regarding the possibility of crossed payments for Real Estate projects.

- The payment control for the use of gestores and outside consultants was quite deficient; it has improved considerably and further reinforcement is still necessary.

## RECOMMENDATIONS:

- The Payments Control and Management Area, headed by Angelica Gordillo should become part of Finance so as to guarantee independence from Real Estate. This recommendation is shared by Audit and Compliance and Finance

- Finance should independently establish controls, filters and reports on contractors of Real Estate. This recommendation is shared by Audit and Compliance.

- Invoices from contractors, experts, consultants, etc., should include a brief but clear description of services rendered. This recommendation was made by Legal.

- Agreements entered into by and between consultants, brokers and experts and Real Estate should include clauses that state that under no circumstances may these outside parties file for nor obtain a behalf of Wal-Mex any permits nor may they file and/or process any legal applications. This recommendation was made by Legal.

**Confidential Information**

5

- Real Estate contractors should confirm knowledge of our Anti-Corruption policies and they should be forbidden to file and/or process any permits and licenses. This recommendation was made by Compliance.

- A policy should clearly state that no associate outside of Legal is authorized to file and/or process any permits or licenses with Mexican authorities. This recommendation was made by Compliance.

- Any future associates who join Real Estate and Legal should be hired in the knowledge that they are bound to comply with all Anti-Corruption policies and that this commitment should be ratified every six months. This recommendation was made by Compliance.

- Jesus Zamora should further look into the information that shows that Sergio Cicero may have benefited from, and made payments for, services not rendered, so as to determine if any legal action may be taken against him.

- Sergio Cicero's expense reports, and any other payments authorized by him should be audited. This recommendation was shared by Legal and Jesus Zamora.

**Update on the expenses review and possible legal actions:** Audit did not find evidence of wrong doing through the use of expense reports. Jesus Zamora was consulted again on these recent findings and the information that showed that Sergio Cicero may have benefited from and made payments for services not rendered. Mr. Zamora indicated that legally we did not have a strong case against Sergio Cicero, and the chances to obtain a conviction were remote. Based on these results it was decided to concentrate our efforts in reinforcing our controls rather than pursuing criminal actions.

**Confidential Information**

6