# EXHIBIT 17

| | |
|---|---|
| **From:** | Joe Lewis |
| **To:** | Alberto Mora - LEGAL; Ken Senser |
| **Cc:** | Joe Lewis |
| **Subject:** | RE: Gestores/Report (Draft)/English version |
| **Date:** | Saturday, March 25, 2006 9:31:14 AM |

Alberto,
I have reviewed this report and find it lacking as a result of the lack of knowledge about the work conducted in support of their conclusions. With out that knowledge it just appears that they took our investigative plan and simply responded to the issues identified. More importantly, if one agrees that Sergio defrauded the company and I am one of them, the question becomes, how was he able to get away with almost ten million dollars and why was nothing done after it was discovered?


Joseph R. Lewis
Director of Corporate Investigations
Wal-Mart Stores, Inc.
1300 Southeast 8th Street
Bentonville, AR. 72716
(w) 479-204-3077
(c) 479-721-6631


The information contained in this e-mail and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message, including any attachments. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited.


-----Original Message-----
**From:** Alberto Mora - LEGAL
**Sent:** Wednesday, March 22, 2006 6:04 PM
**To:** Ken Senser; Joe Lewis
**Subject:** FW: Gestores/Report (Draft)/English version

Ken and Joe...

    Here's Wal-Mex's draft report on the Gestores investigation.

    Alberto

-----Original Message-----
**From:** Jose Luis Rodriguezmacedo Rivera