# EXHIBIT 18

| | |
|---|---|
| **From:** | Joe Lewis |
| **To:** | Ken Senser |
| **Cc:** | Joe Lewis |
| **Subject:** | RE: Gestores |
| **Date:** | Wednesday, May 10, 2006 11:34:16 AM |
| **Attachments:** | RE GestoresReport (Draft)English version.msg |

Ken,
At the risk of being cynical, that report is exactly the same as the previous which I indicated was truly lacking ( see attached). The added paragraph at the end does not change my assessment.

Joseph R. Lewis
Director of Corporate Investigations
Wal-Mart Stores, Inc.
1300 Southeast 8th Street
Bentonville, AR. 72716
(w) 479-204-3077
(c) 479-721-6631


**The information contained in this e-mail and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message, including any attachments. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited.**


-----Original Message-----
**From:** Ken Senser
**Sent:** Wednesday, May 10, 2006 11:04 AM
**To:** Joe Lewis
**Subject:** FW: Gestores

FYI.


-----Original Message-----
**From:** Alberto Mora - LEGAL
**Sent:** Wednesday, May 10, 2006 10:34 AM
**To:** Ken Senser
**Subject:** FW: Gestores

Ken...

> I'm sorry Ken -- I don't know why I had assumed that you had a copy of the draft. It's attached.

96

**Alberto Mora**
VP & General Counsel, International
Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716
Tel.  479/204-9027
Treo  479/426-6394
Fax  479/277-5991
Email - alberto.mora@walmartlegal.com

-----Original Message-----
**From:** Jose Luis Rodriguezmacedo Rivera
**Sent:** Tuesday, May 09, 2006 1:40 PM
**To:** . Alberto Mora - LEGAL
**Subject:** Gestores

Alberto,

Please see the enclosed document. Based on our conversation, I included a last paragraph on page 6.

Let me know if I can produce the final report and conclude this matter.

Jose Luis.


<< File: Gestores English.doc >>

La información contenida en este mensaje es confidencial y restringida y está destinada únicamente para el uso de la persona arriba indicada, se le notifica que está estrictamente prohibida cualquier difusión, distribución o copia de este mensaje. Si ha recibido esta comunicación o copia de este mensaje por error, o si hay problemas en la transmisión, favor de comunicarse con el remitente o llamar al (52 55) 5283-0148. Gracias.

The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (52 55) 5283-0148. Thank you.