UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 5:12-cv-05162-SOH |
| | ) ) | CLASS ACTION |
| Plaintiff, | ) ) | MOTION FOR HEARING ON THE APPOINTMENT OF LEAD PLAINTIFF |
| vs. | ) ) ) | AND LEAD COUNSEL PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995 |
| WAL-MART STORES, INC., et al., | ) ) | |
| Defendants. | ) ) | |

757171_1

Plaintiff City of Pontiac General Employees' Retirement System (the "Retirement System") moves the Court to set a hearing on September 6, 2012, and to enter an order appointing the Retirement System as Lead Plaintiff and approve its selection of lead and liaison counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). The basis of this motion is as follows:

1.      The above-captioned case (the "Securities Action") is a securities class action that was originally filed in the United States District Court for the Middle District of Tennessee on May 7, 2012.  Dkt. No. 1.

2.      Pursuant to the PSLRA, early notice to the class was published on the same date the complaint was filed (May 7, 2012) advising class members of the right to move the Court for appointment as Lead Plaintiff within 60 days, or by July 9, 2012.  *See* 15 U.S.C. §78u-4(a)(3)(A)(i)(II).

3.      The PSLRA provides that "the court shall adopt a presumption that the most adequate plaintiff" is "the person or group of persons that – (aa) has either ***filed the complaint*** or made a motion."  15 U.S.C. §78u-4(a)(3)(B)(iii)(I) (emphasis added).

4.      No other member of the class either timely filed a complaint or moved for appointment as Lead Plaintiff.

5.      As the only class member who filed a complaint, the Retirement System is the only eligible class member who qualifies for appointment as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  As such, the Retirement System filed a proposed order with the Tennessee court on July 9, 2012, seeking appointment as Lead Plaintiff and approval of its selection of counsel.  *See* Dkt. No. 32.

- 1 -

6.      Prior to the entry of that order, this action was transferred by the Middle District of Tennessee to this Court by order entered July 25, 2012.  Dkt. No. 47.

7.      There is currently pending before this Court a related consolidated action styled *In re Wal-Mart Stores, Inc. Shareholder Derivative Litigation*, No. 4:12-cv-4041 SOH (the "Derivative Action").

8.      On July 30, 2012, a motion to consolidate the Derivative Action and the Securities Action was filed in the Derivative Action.  *See* Dkt. No. 48 in Case No. 4:12-cv-4041 SOH.  The Motion sought to consolidate or in the alternative coordinate the Derivative Action and this Securities Action.  *See id.*

9.      On August 3, 2012, defendants responded to the motion to consolidate in the Derivative Action stating they do not object to coordination of the Securities Action and the Derivative Action for pretrial purposes.  *See* Dkt. No. 52 at 4, ¶10 in Case No. 4:12-cv-4041 SOH.

10.     Defendants previously filed a motion to stay the consolidated Derivative Action, which is currently set for hearing on September 6, 2012 at 10:00 a.m.  *See* Dkt. No. 37 in Case No. 4:12-cv-4041 SOH.

11.     On August 27, 2012, this Securities Action was reassigned to this Court.

12.     The passage of time attributable to the transfer and reassignment of the Securities Action has consumed the time within which the PSLRA calls for the appointment of Lead Plaintiff, which is 90 days from the class-notice publication date (here, that date was May 7, 2012).  *See* 15 U.S.C. §78u-4(a)(3)(B)(i).  Until entry of an order appointing the Retirement System as Lead Plaintiff, the Securities Action cannot proceed.  Accordingly,

- 2 -

concurrent with the filing of this motion, the Retirement System is submitting a revised proposed order to reflect the addition of the Retirement System's undersigned counsel.

13.     On August 28, 2012, counsel for the Retirement System sent an e-mail to counsel for defendants, seeking permission to represent that defendants do not oppose this motion or the entry of a revised order appointing the Retirement System as Lead Plaintiff. As of the filing of this motion, defense counsel had not responded.

Therefore, based on the foregoing and pursuant to the PSLRA, the Retirement System respectfully moves the Court to set a hearing for the appointment of Lead Plaintiff on September 6, 2012, the same date the Court is holding a hearing in the Derivative Action.

DATED:  August 29, 2012                     Respectfully submitted,

PATTON, TIDWELL & SCHROEDER, L.L.P.


*/s/ Nicholas H. Patton*
NICHOLAS H. PATTON
AR Bar No. 63035
4605 Texas Blvd. – P.O. Box 5398
Texarkana, TX  75505-5398
903.792.7080 (Telephone)
903.792.8233 (Facsimile)
nickpatton@texarkanalaw.com

[Proposed] Liaison Counsel

ROBBINS GELLER RUDMAN
   & DOWD LLP
JASON A. FORGE
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101
619.231.1058 (Telephone)
619.231.7423 (Facsimile)

[Proposed] Lead Counsel for Plaintiff

- 3 -

BARRETT JOHNSTON, LLC
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, TN  37201-1601
615.244.2202 (Telephone)
615.252.3798 (Facsimile)

Additional Counsel for Plaintiff

- 4 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of August 2012 the foregoing document was filed via the Court's CM/ECF system which will send notification of such filing to the following counsel of record:

Teresa M. Wineland
WILLIAMS AND ANDERSON PLC
111 Center Street, Suite 2200
Little Rock, AR 72201
(501) 396-8458
Fax: (501) 372-6453
twineland@williamsanderson.com

Brian Lutz
Jonathan Dickey
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, NY 10166-0193
blutz@gibsondunn.com
jdickey@gibsondunn.com

Theodore J. Boutrous , Jr.
GIBSON, DUNN & CRUTCHER, LLP
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
(213) 229-7804
Fax: (213) 229-6804
tboutrous@gibsondunn.com


/s/ Nicholas H. Patton
Nicholas H. Patton

757171_1