IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and MICHAEL T. DUKE,<br><br>Defendants. | No. 5:12-cv-05162 SOH |

## DEFENDANT WAL-MART STORES, INC.'S
## MOTION TO STRIKE THE AMENDED COMPLAINT AND
## PRIVILEGED MATERIALS FROM THE RECORD

Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by its undersigned counsel, for its Motion to Strike the Amended Complaint and Privileged Materials from the Record, states:

1. The Amended Complaint was filed without leave of the Court, after counsel for Plaintiff announced Plaintiff's intention to stand on its original Complaint.

2. The Amended Complaint refers to privileged documents and information contained in privileged documents that were attached to the Declaration of Jason A. Forge (Doc. 40) submitted in support of Plaintiff's Opposition to Wal-Mart's Motion to Transfer Venue (Doc. 39). Wal-Mart has informed Plaintiff that Wal-Mart believes these documents were stolen from Wal-Mart by a former employee, Bruce Gabbard.

3. The Amended Complaint, and all privileged documents and references thereto contained in the record, including in the Amended Complaint and in Docs. 39 and 40, should be stricken from the record in this case.

4. This motion is supported by the following exhibits:

Ex. 1. Letter dated November 16, 2012 from counsel for Plaintiff to counsel for Wal-Mart;

Ex. 2. Transcript from the hearing on December 10, 2012 (Doc. 73) regarding the motion for appointment of Lead Plaintiff;

Ex. 3. Letter dated July 20, 2012 from counsel for Wal-Mart to counsel for Plaintiff;

Ex. 4. Letter dated February 13, 2013 from counsel for Wal-Mart to counsel for Plaintiff;

Ex. 5. Letter dated February 15, 2013 from counsel for Wal-Mart to counsel for Plaintiff;

Ex. 6. Letter dated February 19, 2013 from counsel for Plaintiff to counsel for Wal-Mart;

Ex. 7. Orders filed in *Wal-Mart Stores, Inc. v. Gabbard*, Civ. 2007-656-4 (Cir. Ct. of Benton Cnty., Ark.);

Ex. 8. Letter dated June 15, 2012 from counsel for Wal-Mart to counsel for Plaintiff in *IBEW v. Wal-Mart Stores, Inc.*, No. 7779-CS (Del. Ch. Ct.);

Ex. 9. Motion to Strike Privileged Material from Plaintiff's Opening Trial Brief filed by Wal-Mart in *IBEW v. Wal-Mart Stores, Inc.*, No. 7779-CS (Del. Ch. Ct.);

Ex. 10. Letter dated July 20, 2012 from counsel for Wal-Mart to counsel for Plaintiff in *Emory v. Duke*, No. 5:12-CV-05171 SOH (W.D. Ark.);

Ex. 11. Letter dated August 17, 2012 from counsel for Wal-Mart to counsel for Plaintiff in *Emory v. Duke*, No. 5:12-CV-05171 SOH (W.D. Ark.).

5. This motion is also supported by a Memorandum in Support filed contemporaneously herewith.

WHEREFORE, Wal-Mart prays that the Amended Complaint and all privileged documents and references to privileged documents in record—including in the Amended Complaint and in Docs. 39 and 40—be stricken from the record; that all such privileged documents be returned to Wal-Mart or destroyed; that Plaintiff and its counsel be enjoined and restrained from any further use of or reference to the privileged documents; and for all other proper relief.

DATED: March 7, 2013

Respectfully submitted,

| | |
|---|---|
| THEODORE J. BOUTROUS JR.<br>JONATHAN C. DICKEY<br>MARK A. PERRY<br>GEORGE H. BROWN<br>BRIAN M. LUTZ<br>GIBSON DUNN & CRUTCHER LLP<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071-3197<br>TELEPHONE: (213) 229-7000<br>FAX: (213) 229-7520 | /s/ Jess Askew III<br>JESS ASKEW III (Ark. Bar No. 86005)<br>jaskew@williamsanderson.com<br>TERESA WINELAND (Ark. Bar No. 81168)<br>twineland@williamsanderson.com<br>WILLIAMS & ANDERSON PLC<br>111 CENTER STREET, STE. 2200<br>LITTLE ROCK, AR 72201<br>TELEPHONE: (501) 372-0800<br>FAX: (501) 372-6453 |

*Counsel for Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2013, I electronically filed the foregoing with the Clerk of Court using the Electronic Case Filing system, which will send notification of such filing to the following:

**BARRETT JOHNSTON, LLC**
George E. Barrett
Douglas S. Johnston, Jr.
Timothy K. Miles
217 Second Avenue, North
Nashville, TN 37201-1601
Tel: 615-244-2202
Fax: 615-252-3798

**ROBBINS GELLER RUDMAN & DOWD LLP**
Darren J. Robbins
David C. Walton
Jason A. Forge
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058
Fax: 619-231-7423

**SULLIVAN, WARD, ASHER & PATTON, P.C.**
Cynthia J. Billings
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
Tel: 248-746-0700
Fax: 248-746-2760

**PATTON, TIDWELL & SCHROEDER, L.L.P.**
Nicholas H. Patton
4605 Texas Boulevard
P.O. Box 5398
Texarkana, TX 75505-5398
Tel:  (903) 792-7080
Fax:  (903) 792-8233

*Counsel for Plaintiff*

                                              */s/ Jess Askew III*
                                              Jess Askew III