IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and MICHAEL T. DUKE,<br><br>Defendants. | No. 5:12-cv-05162 SOH |

**DEFENDANT WAL-MART STORES, INC.'S
RENEWED MOTION FOR RETURN OF
PRIVILEGED AND STOLEN DOCUMENTS**

Defendant Wal-Mart Stores, Inc. ("Walmart") respectfully renews its motion for an order requiring plaintiff to return or destroy Walmart's privileged and stolen documents and prohibiting and enjoining plaintiff and its counsel from any further use of or reference to those documents. ECF Dkt. 91. This Court previously found that two such documents—Exhibits 12 and 17 to the Forge Declaration, ECF Dkt. 40—"should be stricken from the record" and returned to Walmart pending a final determination as to their status. ECF Dkt. 127 at 3, 4. However, this Court

postponed a final ruling on Walmart's request for an order to return or destroy those documents and to prohibit and enjoin their further use, because the same issue was pending in the appeal of the Delaware Chancery Court's order in *Indiana Elec. Workers Pension Trust Fund IBEW v. Wal-Mart Stores, Inc.*, C.A. No. 7779-CS (Del. Ch.).  ECF Dkt. 127, at 3.

The Delaware Supreme Court has now decided the *IBEW* appeal and affirmed the holding of the Chancery Court, which required IBEW to return those stolen documents—including the documents attached as Exhibits 12 and 17 to the Forge Declaration—that had not been posted on websites maintained by the *New York Times* and members of Congress.  See Exhibit A (Order of July 23, pp. 34-36).  The Supreme Court specifically held that "the Court of Chancery properly discharged its equitable discretion" in concluding that Walmart's documents had been improperly converted, and in ordering IBEW to return those that were not otherwise publicly available.  Exhibit A, p. 35.

Here, in its motion to strike the amended complaint and privileged materials from the record, Walmart presented the same facts to this Court and the Court of Chancery regarding the theft of its documents.  ECF Dkt. 92, pp. 8-9.  Walmart explained that the documents in question had been converted from Walmart and should be returned.  ECF Dkt. 92, pp. 21-22.  Plaintiff's opposition to Walmart's

motion did not even address, much less rebut, the conversion of Walmart's documents.  ECF Dkt. 97.

Accordingly, for the same reasons that the Delaware Court of Chancery ordered IBEW to return the stolen or privileged documents to Walmart, and that the Delaware Supreme Court affirmed the order, and for the reasons set out in Walmart's previous motion (ECF Dkt. 91-92), this Court should (1) order plaintiff and its counsel to return all stolen or privileged documents (including Exhibits 12 and 17 to the Forge Declaration) to Walmart; (2) require plaintiff's counsel to certify to the Court and counsel for Walmart that all stolen or privileged documents have been returned to Walmart; and (3) prohibit and enjoin plaintiff and its counsel from any further use of or reference to the documents, insofar as they have not previously been published by the *New York Times* or members of Congress.

Respectfully submitted,

/s/ Jess Askew III

| | |
|---|---|
| THEODORE J. BOUTROUS JR. | JESS ASKEW III |
| JONATHAN C. DICKEY | (Ark. Bar No. 86005) |
| MARK A. PERRY | jess.askew@kutakrock.com |
| GEORGE H. BROWN | TERESA WINELAND |
| BRIAN M. LUTZ | (Ark. Bar No. 81168) |
| GIBSON DUNN & CRUTCHER LLP | teresa.wineland@kutakrock.com |
| 333 SOUTH GRAND AVENUE | KUTAK ROCK LLP |
| LOS ANGELES, CA 90071-3197 | 120 W. CAPITOL AVE., STE. 2000 |
| TELEPHONE:  (213) 229-7000 | LITTLE ROCK, AR 72201-3706 |
| FAX: (213) 229-7520 | TELEPHONE: (501) 975-3000 |
| | FAX: (501) 975-3001 |

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2014, I electronically filed the foregoing with the Clerk of Court using the Electronic Case Filing system, which will send notification of such filing to the following:

**BARRETT JOHNSTON, LLC**
George E. Barrett
Douglas S. Johnston, Jr.
Timothy K. Miles
217 Second Avenue, North
Nashville, TN 37201-1601

**ROBBINS GELLER RUDMAN & DOWD LLP**
Darren J. Robbins
David C. Walton
Jason A. Forge
655 West Broadway, Suite 1900
San Diego, CA 92101

**PATTON, TIDWELL & SCHROEDER, L.L.P.**
Nicholas H. Patton
Geoff Culbertson
4605 Texas Boulevard
P.O. Box 5398
Texarkana, TX 75505-5398

*Counsel for Plaintiff*

                                                /s/ Jess Askew III
                                                Jess Askew III