UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | No. 5:12-cv-05162-SOH  CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| WAL-MART STORES, INC., et al., | ) ) | |
| Defendants. | ) ) | |

NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF
ALLOCATION AND FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES
AND AN AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §78u-4(a)(4)

1537799_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on April 4, 2019, at 10:00 a.m., at the United States

Courthouse, 100 Reserve Street, Hot Springs, Arkansas  71901, or as soon thereafter as

counsel may be heard before the Honorable Susan O. Hickey, United States District Judge,

Lead Plaintiff City of Pontiac General Employees' Retirement System, will and hereby

moves for orders and/or judgments: (1) finally approving the settlement of this class action

and dismissing the litigation with prejudice, and approving the Plan of Allocation; (2)

awarding Lead Counsel attorneys' fees of 30% of the Settlement Amount plus expenses, plus

interest on both amounts; and (3) approving an award to Lead Plaintiff pursuant to 15 U.S.C.

§78u-4(a)(4).  Lead Plaintiff's motion is based upon the Memorandum of Law in Support of

Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan

of Allocation and for an Award of Attorneys' Fees and Expenses and an Award to Lead

Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4), the declarations submitted in support thereof,

the Stipulation of Settlement dated October 26, 2018, all other pleadings and matters of

record, and such additional evidence or argument as may be presented in Lead Plaintiff's

motion or at the hearing on Lead Plaintiff's motion.

DATED:  February 28, 2019                    Respectfully submitted,

                                             ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                             JASON A. FORGE
                                             ELLEN GUSIKOFF STEWART
                                             SCOTT H. SAHAM
                                             DEBRA J. WYMAN
                                             LAURA M. ANDRACCHIO
                                             AUSTIN P. BRANE
                                             MICHAEL ALBERT

- 1 -

1537799_1

- 2 -

                                        */s/ Jason A. Forge*
                                        JASON A. FORGE

                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)

                                        Lead Counsel for Plaintiff

                                        PATTON TIDWELL & CULBERTSON, LLP
                                        GEOFFREY P. CULBERTSON
                                        2800 Texas Blvd.
                                        Texarkana, TX  75503
                                        Telephone:  903/792-7080
                                        903/792-8233 (fax)
                                        gpc@texarkanalaw.com

                                        Liaison Counsel

                                        BARRETT JOHNSTON MARTIN
                                          & GARRISON, LLC
                                        DOUGLAS S. JOHNSTON, JR.
                                        Bank of America Plaza
                                        414 Union Street, Suite 900
                                        Nashville, TN  37219
                                        Telephone:  615/244-2202
                                        615/252-3798 (fax)

                                        Additional Counsel for Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 28, 2019, I authorized the

electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to the e-mail addresses on the attached Electronic Mail

Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States

Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  JForge@rgrdlaw.com

**Mailing Information for a Case 5:12-cv-05162-SOH City of Pontiac General Employees' Retirement System v. Wal-Mart Stores, Inc. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,e_file_sd@rgrdlaw.com,7223240420@filings.docketbird.com

- **H. William Allen**
  hwallen@williamsanderson.com,njackson@williamsanderson.com

- **Jess L. Askew , III**
  jess.askew@kutakrock.com,Suzette.McCasland@KutakRock.com,freda.hoover@kutakrock.com

- **George Edward Barrett**
  gbarrett@barrettjohnston.com

- **Sean M. Berkowitz**
  sean.berkowitz@lw.com

- **Cynthia J. Billings**
  cbillings@swappc.com,

- **Theodore J. Boutrous , Jr**
  tboutrous@gibsondunn.com

- **Austin P. Brane**
  abrane@rgrdlaw.com

- **George H. Brown**
  GBrown@gibsondunn.com

- **Geoffrey P. Culbertson**
  gpc@texarkanalaw.com,4874984420@filings.docketbird.com,3156740420@filings.docketbird.com,sjohnson@texarkanalaw.com,jorr@texarkanalaw.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Andrew R. Gray**
  andrew.gray@lw.com,andrew-gray-3541@ecf.pacerpro.com,#ocecf@lw.com,kristen.fechner@lw.com

- **Ellen Gusikoff Stewart**
  elleng@rgrdlaw.com

- **Willie S. Haley**
  whaley@williamsanderson.com,njackson@williamsanderson.com

- **Douglas S. Johnston , Jr**
  djohnston@barrettjohnston.com,

- **Brian M. Lutz**
  blutz@gibsondunn.com,aarias@gibsondunn.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,nchanin@barrettjohnston.com

- **Timothy L. Miles**
  tmiles@barrettjohnston.com,

- **Alexander Mircheff**
  amircheff@gibsondunn.com,lgerdine@gibsondunn.com

- **Danielle Myers**
  danim@rgrdlaw.com,LAndracchio@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Nicholas H. Patton**
  nickpatton@texarkanalaw.com

- **Mark Andrew Perry**
  mperry@gibsondunn.com

- **Marcy C. Priedeman**
  marcy.priedeman@lw.com,sflitigationservices@lw.com,marcy-priedeman-6759@ecf.pacerpro.com

- **Brian H. Ratcliff**
  brian@ppgmrlaw.com,julien@ppgmrlaw.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com,

- **Scott H. Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com,9138481420@filings.docketbird.com

- **Nicholas J. Siciliano**
  nicholas.siciliano@lw.com,tara.villegas@lw.com

- **Colleen C. Smith**
  colleen.smith@lw.com,colleen-c-smith-7786@ecf.pacerpro.com

- **Sarah A. Tomkowiak**
  sarah.tomkowiak@lw.com,caroline.yu@lw.com

- **Peter A. Wald**
  peter.wald@lw.com,sflitigationservices@lw.com,peter-wald-7073@ecf.pacerpro.com,john.eastly@lw.com

- **Teresa M. Wineland**
  teresa.wineland@kutakrock.com,freda.hoover@kutakrock.com,cassy.peters@kutakrock.com

- **Debra J. Wyman**
  Debraw@rgrdlaw.com,karenc@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Meghan          C. Dougherty
Neal & Harwell
150 Fourth Avenue, N
Suite 2000
Nashville, TN 37219

Aubrey          B. Harwell                                    , Jr
Neal & Harwell
150 Fourth Avenue, N
2000 First Union Tower
Nashville, TN 37219-2498

Gerald          David Neenan
Neal & Harwell
150 Fourth Avenue, N
2000 First Union Tower
Nashville, TN 37219-2498

David           C. Walton
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
```